[No. 5623–II.   Division Two.   March 17, 1982.]

THE CITY OF RENTON, *Respondent,* v. WILLIAM
PAUL COBURN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04294–3, T. Patrick Corbett, J., entered
December 5, 1980. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrie and Worswick, JJ.

[No. 4904–II.   Division Two.   March 17, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
MICHAEL BREWSTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 56700, James P. Healy, J., entered June 26,
1980. *Affirmed* by unpublished opinion per Reed, C.J., con-
curred in by Petrie and Worswick, JJ.

[No. 4488–II.   Division Two.   March 18, 1982.]

DONALD E. BRYANT, ET AL, *Respondents,* v. REKOWAY,
INC., *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 78–2–00793–9, Terence Hanley, J., entered
December 21, 1979. *Affirmed* by unpublished opinion per
Thompson, J. Pro Tem., concurred in by Reed, C.J., and
Petrich, J.

[No. 5117–II.   Division Two.   March 18, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHAN
JERMAINE SCOGGINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 57462, Waldo F. Stone, J., entered October 27,
1980. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Petrich, A.C.J., and Thompson, J. Pro Tem.